IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_Northern_      RECEIVED

Butler B. Brassell     )
_____     )
_____     )
**Plaintiff**          )
                       )          2007 JUN 19  P 3: 17
            v.         )
John E. Potter         )          DEBRA P. HACKETT, CLK
Postmaster General     )          U.S. DISTRICT COURT
U.S. Postal Service    )          MIDDLE DISTRICT ALA
**Defendant(s)**       )          2:07-CV-546-MEF


## COMPLAINT

1.   Plaintiff resides at 4504 Sprayfront DR Montgomery Ala 36108

2.   Defendant(s)' name(s) John E Potter, Postmaster General

_____

     Location of principal office(s) of the named defendant(s) US Postal Service
6701 Winton Blount Blvd. C.S. Harris, Joey Sherman
Rod Carleton

     Nature of defendant(s)' business   Mail Service

_____

     Approximate number of individuals employed by defendant(s) 150,000

3.   This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the Court by 42 U.S.C. § 2000e-5. Equitable and other relief are also sought under 42 U.S.C. § 2000e-5(g).

4.   The acts complained of in this suit concern:

     1.   ___ Failure to employ me.
     2.   _X_ Termination of my employment.
     3.   ___ Failure to promote me.
     4.   ___ Other acts as specified below: _____

_____

1

5.   Plaintiff is:
     A.    _____ Presently employed by the defendant.
           __X__ Not presently employed by the defendant. The dates of employment were
           _Nov 1969 — March 6, 2006_ . Employment was terminated because:

           (1)   __X__ Plaintiff was discharged.
           (2)   _____ Plaintiff was laid off.
           (3)   _____ Plaintiff left job voluntarily.

6.   Defendant(s)' conduct is discriminatory with respect to the following:

     A.   __X__ My race.
     B.   _____ My religion.
     C.   _____ My sex.
     D.   _____ My national origin.
     E.   __X__ Other, as specified below: _Retaliation_

     _____

7.   The name(s), race, sex, and the position or title of the individual(s) who allegedly
     discriminated against me during the period of my employment with the defendant company
     is (are) _C S Harris acting MDO Tour II (Black) Rod Carleton_
     _Plant Manager (white) Joey Sherman (white)_
     _Concurring Official_

8.   The alleged discrimination occurred on or about _Feb - May 2006_ .

9.   The nature of my complaint, i.e., the manner in which the individual(s) named above
     discriminated against me in terms of the conditions of my employment, is as follows: _I_
     _was Terminated From Employment with the agency_
     _due to alleged infractions that Occurred while_
     _I was on Official Sick Leave, Private Duty_
     _Time. These infractions were legitimate_
     _but made up. I was not disciplined in the same_
     _manner as other NON Black employees who_
     _still work For the Postal Service but have a_
     _Much worse Attendance Record This disparity_
     _Treatment began Approximately 30days After I Filed_
     _a class Action Discrimination complaint against the Agency_

10.  The alleged illegal activity took place at _The Montgomery AL GMF_
     _6701 Winton Blount Blvd, Montgomery AL 36119_

2

11. I filed charges with the Equal Employment Opportunity Commission regarding defendant(s)' alleged discriminatory conduct on or about ___4-13-2007___.
I have attached a copy of the Notice-of-Right-to-Sue letter issued by the Equal Employment Opportunity Commission. This letter was received by me on ___MAY 20, 2007___

12. I seek the following relief:

A. ___X___ Recovery of back pay.
B. ___X___ Reinstatement to my former job,
and any other relief as may be appropriate, including injunctive orders, damages, costs, and attorney's fees.

Date: ___6/19/07___                    _____
                                        Signature of Plaintiff
                                        4504 Sunnybrook DR
                                        Montgomery Alabama 36108
                                        334 281 1473
                                        Address & Telephone Number of Plaintiff

3



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Office of Federal Operations
P. O. Box 19848
Washington, D.C. 20036


Butler B. Browder,
Petitioner,

v.

John E. Potter,
Postmaster General,
United States Postal Service,
Agency.

Petition No. 0320070068

MSPB No. AT075206107211


DENIAL OF CONSIDERATION

Petitioner filed a petition with the Equal Employment Opportunity Commission asking for review of a Final Order issued by the Merit Systems Protection Board (MSPB) concerning his claim of discrimination.

Petitioner filed an EEO complaint alleging discrimination based on race (Black) and reprisal when he was removed from his mail handler position on the charges of improper conduct, failure to follow instructions, failure to follow agency leave requesting procedures, and failure to maintain a regular work schedule. The agency issued a final agency decision finding no discrimination. Petitioner then filed the instant appeal with the MSPB raising his individual claims of discrimination. However, on December 4, 2006, the MSPB dismissed the matter because petitioner entered into a settlement agreement with the agency. Petitioner alleged he was coerced to sign the settlement agreement and filed a petition with the Board. The Board upheld the dismissal. Neither the initial decision nor the Board's decision gave petitioner appeal rights to the Commission.

EEOC regulations provide that the Commission has jurisdiction over allegations of discrimination raised in connection with an action appealable to the MSPB. 29 C.F.R. § 1614.302. Here, the MSPB dismissed the matter because petitioner entered into a settlement agreement. The Commission has no jurisdiction over procedural matters of the Board. Because the MSPB did not address any matters within the Commission's jurisdiction, the Commission has no jurisdiction to review petitioner's case. Further, the Commission has no

2                                    0320070068

jurisdiction over settlement agreements entered into before the Board. Consequently, the Commission denies the petition for review.

## PETITIONER'S RIGHT TO FILE A CIVIL ACTION (W0900)

This decision of the Commission is final, and there is no further right of administrative appeal from the Commission's decision. You have the right to file a civil action in an appropriate United States District Court, based on the decision of the Merit Systems Protection Board, **within thirty (30) calendar days** of the date that you receive this decision. If you file a civil action, you must name as the defendant in the complaint the person who is the official agency head or department head, identifying that person by his or her full name and official title. Failure to do so may result in the dismissal of your case in court. "Agency" or "department" means the national organization, and not the local office, facility or department in which you work.

## RIGHT TO REQUEST COUNSEL (Z1199)

If you decide to file a civil action, and if you do not have or cannot afford the services of an attorney, you may request that the Court appoint an attorney to represent you and that the Court permit you to file the action without payment of fees, costs, or other security. *See* Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e *et seq.*; the Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 791, 794(c). **The grant or denial of the request is within the sole discretion of the Court.** Filing a request for an attorney does not extend your time in which to file a civil action. Both the request and the civil action must be filed within the time limits as stated in the paragraph above ("Right to File A Civil Action").

FOR THE COMMISSION:


*Carlton M. Hadden*
_____
Carlton M. Hadden, Director
Office of Federal Operations

MAY 1 5 2007
_____
Date

3                                      0320070068

## CERTIFICATE OF MAILING

**For timeliness purposes, the Commission will presume that this decision was received within five (5) calendar days after it was mailed**. I certify that this decision was mailed to the following recipients on the date below:

Butler B. Browder
4504 Sunnybrook Dr
Montgomery, AL 36108

U.S. Postal Service (Southeast)
NEEOISO - Appeals
U.S. Postal Service
PO Box 21979
Tampa, FL 33622-1979

Merit Systems Protection Board
Director, EEO
1615 M St., NW
Washington, DC 20419

MAY 1 5 2007
_____
Date

_____
Equal Opportunity Assistant