**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Leura Canery
   P.O. Box 197
   Monty. AL 36101

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name): Brittney Shockly
C. Date of Delivery: 6-29-07

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

2:07CV546-MEF

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered      ☑ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7006 3450 0000 3378 9441

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540