**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   John E Potter
   475 L'Enfant Plaza
   Washington DC
   20260-3112

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent
                    ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   OSMG                         7/7/07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

   2:07CV546-MEF

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)
   7004 1160 0003 5800 3046

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540