IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BUTLER BROWDER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES POSTAL SERVICE, )<br>JOHN E. POTTER, Postmaster General, )<br>of the United States, et al. )<br>)<br>Defendant. ) | Case No.: **2:07-cv-391-ID**<br>Case No.: **2:07-cv-546-MEF** |

**MOTION TO CONSOLIDATE**

Comes now the Defendant, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and moves the court to consolidate the above actions and as grounds therefore states as follows:

1.  Plaintiff filed his first lawsuit, # 07-391, against Defendant United States of Postal Service on May 4. 2007. This lawsuit alleged Defendant terminated the plaintiff from the employ of the United States Postal Service in violation of the Family and Medical Leave Act of 1993(FMLA), 29 U.S.C. § 2601, *et seq*. Plaintiff filed # 07-546 on June 19, 2007, and therein alleges he was terminated from the employ of the United States Postal Service in violation of 42 U.S.C 2006e, *et seq*.

2.  Given the similarity of parties, claims and defenses, the interests of judicial economy would be served by joining the two lawsuits into one action under the number assigned to the first filed cause.

3. Counsel for the plaintiff in # 07-391 has been contacted and represented to the the undersigned that the plaintiff opposes this request. The plaintiff is proceeding *pro se* in # 07-546.

Respectfully submitted this 4th day of August, 2007.

        LEURA G. CANARY
        United States Attorney


By: /s/R. Randolph Neeley
    R. RANDOLPH NEELEY
    Assistant United States Attorney
    Bar Number: 9083-E56R
    Attorney for Defendant
    Post Office Box 197
    Montgomery, AL  36101-0197
    Telephone No.: (334) 223-7280
    Facsimile No.: (334) 223-7418

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 4, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/EDF system which will send notification of such filing to plaintiff's attorney, K. Anderson Nelms. I also certify that i have served a copy of the foregoing upon the plaintiff by placing same in the United States Mail, properly addressed to 4504 Sunnybrook Drive, Montgomery, AL 36108.

                                                        s/R. Randolph Neeley
                                                  Assistant United States Attorney