IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BUTLER B. BROWDER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CIVIL ACTION NO. 2:07cv546-MEF |
| JOHN E. POTTER, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Upon consideration of Defendant's Motion to Consolidate Cases (Doc. #7), it is

ORDERED that Plaintiff shall file a Response **on or before August 21, 2007,** indicating why this motion should not be granted.

DONE this 7th day of August, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE