**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

August 9, 2007

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style: Butler B. Browder vs. John E. Potter**
**Case Number: 2:07cv546-MEF**

**Pleading : #9-Summons**

**Notice of Correction is being filed this date to advise that the referenced document was docketed on 8/8/07 with the incorrect pdf document attached.**

**The corrected pdf document is attached to this notice.**

⸺AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_middle_ District of _Alabama_

Butler B. Browder

V.

John E. Potter

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:07CV546-MEF

TO: (Name and address of Defendant)

Mr. C.J. Harris
MDO
US Postal Service
3408 Wall Triana Hwy.
Huntsville, AL 35813

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Butler B. Browder
4504 Sunnybrook Dr
Montgomery AL 36108
Pro Se

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                                    __8/9/07__
CLERK                                                  DATE

_[signature]_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                   Date                *Signature of Server*

                                     _____
                                      *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.