**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Joey Sherman, Concaring Official
3408 Wall Triana Hwy
Huntsville, AL 35813

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *[signature: Laura J Gimmel]* ☒ Agent ☐ Addressee

B. Received by (Printed Name): Laura Gimmel
C. Date of Delivery: 8/13/07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

07 W 544

3. Service Type
   ☒ Certified Mail ☐ Express Mail
   ☐ Registered ☒ Return Receipt for Merchandise
   ☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7003 3110 0003 7314 7329

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540

Case SENDER: COMPLETE THIS SECTION Document COMPLETE THIS SECTION ON DELIVERY Page 1 of 1

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.