**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Rod Carleton, Plant Manager
United States Postal Service
6701 Winton Blount Blvd.
Montgomery, AL 36119

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Deborah Lee    ☒ Agent   ☐ Addressee

B. Received by ( Printed Name )
Deborah Lee

C. Date of Delivery
AUG 1 3 2007

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

07cv546

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☒ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7003 3110 0003 7314 7312

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540