| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Charles F Harris* ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): Charlie S Harris<br>C. Date of Delivery: 8/11/07 |
| 1. Article Addressed to:<br><br>MR. C S Harris<br>MDO<br>US Postal Service<br>WAL-TriArA<br>Huntsville AL | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>07 CV 546<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered    ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7003 3110 0003 7319 9458 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540