IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BUTLER B. BROWDER, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:07-cv-546-MEF |
| | ) | |
| JOHN E. POTTER, *et al.*, | ) | |
| | ) | |
|     Defendants. | ) | |

### **ORDER**

Upon of review of *Defendant's Motion to Dismiss, or in the Alternative, Motion for Summary Judgment* (Doc. 16, filed August 28, 2007) and *Memorandum in Support of Defendants' Motion to Dismiss or, In the Alternative, for Summary Judgment* (Doc. 17, filed August 28, 2007), it is hereby

**ORDERED** that the motion be submitted without oral argument on **September 24, 2007.**

It is further **ORDERED** that the Plaintiff, Butler Browder, file a response which shall include a brief and evidentiary materials on or before **September 12, 2007**. Defendant may file a reply brief on or before **September 24, 2007**.

The parties are further advised that they are required to submit a paper courtesy copy of briefs and supporting evidence to the Chambers of the undersigned. For those submissions (including briefs and evidentiary materials) that exceed twenty-five (25) pages,

the courtesy copy shall be bound in a three-ring binder and tabbed.

**IN DEFERENCE TO THE PLAINTIFF'S STATUS AS A NON-LAWYER, PRO-SE LITIGANT, THE COURT ADVISES:**

1. The *pro se* Plaintiff is advised that if he fails to file *any* response, the court will proceed to decide on the merits of Defendant's motion without the benefit of his response.

2. Failure to follow the requirements of this Order in responding to the Defendant's motion may result in the entry of a final judgment in Defendant's favor without any trial.

DONE this 29th day of August, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE