IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BUTLER B. BROWDER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:07-cv-546-MEF |
| | ) | |
| JOHN E. POTTER, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Upon of review of Defendant's **Amended** Motion to Dismiss, or in the Alternative, Motion for Summary Judgment (Doc. #22), filed September 27, 2007, and **Amended** Memorandum in Support of Defendants' Motion to Dismiss or, In the Alternative, for Summary Judgment (Doc. #23), filed September 27, 2007, it is

**ORDERED** the motion be submitted without oral argument on **October 22, 2007**. It is further

**ORDERED** that Plaintiff, Butler Browder, file a response which shall include a brief and evidentiary materials on or before **October 11, 2007**. Defendant may file a reply brief on or before **October 22, 2007**.

The parties are further advised that they are required to submit a paper courtesy copy of briefs and supporting evidence to the Chambers of the undersigned. For those submissions (including briefs and evidentiary materials) that exceed twenty-five (25) pages,

the courtesy copy shall be bound in a three-ring binder and tabbed.

**IN DEFERENCE TO PLAINTIFF'S STATUS AS A NON-LAWYER, PRO-SE LITIGANT, THE COURT ADVISES PLAINTIFF:**

1. If he Fails to file *any* response, the Court will proceed to decide on the merits of Defendant's motion without the benefit of his response.

2. His failure to follow the requirements of this Order in responding to the Defendant's motion may result in the entry of a final judgment in Defendant's favor without a trial.

DONE this 27th day of September, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE