# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| BUTLER BROWDER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. **2:07-CV-546-MEF** |
| ) | |
| UNITED STATES POSTAL SERVICE, ) | |
| JOHN E. POTTER, Postmaster General, ) | |
| of the United States, et al. ) | |
| ) | |
| Defendant. ) | |

## <u>CONFLICT DISCLOSURE STATEMENT</u>

COMES NOW the United States Postal Service (USPS), C. J. Harris, Joey Sherman and Rod Carleton in their official capacity as USPS employees, Defendants in the above-captioned matter, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and in accordance with the June 12, 2007, Order of this Court, make the following disclosures concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐     This party is an individual, or

☒     These parties are a governmental entity, or

☐     There are no entities to be reported, or

☒	The following entities and their relationship to the party are hereby reported: None.

Dated this the 3rd day of March, 2008.

        LEURA G. CANARY
        United States Attorney

        By: s/R. Randolph Neeley
        R. RANDOLPH NEELEY
        Assistant United States Attorney
        Bar Number: 9083-E56R
        Post Office Box 197
        Montgomery, AL  36101-0197
        Telephone No.: (334) 223-7280
        Facsimile No.: (334) 223-7418
        E-mail: rand.neeley@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on March 3, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and that I have served a copy of the foregoing upon the plaintiff by placing same in the United States Mail, properly addressed to 4504 Sunnybrook Drive, Montgomery, AL 36108.

        s/R. Randolph Neeley
        Assistant United States Attorney