IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| BUTLER B. BROWDER, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:07-cv-546-MEF |
| | )   (WO - Do Not Publish) |
| JOHN E. POTTER, *et al.,* | ) |
| | ) |
| Defendants. | ) |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the Court that:

1. The Plaintiff's Response to the Recommendation of the Magistrate Judge (Doc. # 29) filed on March 12, 2008, which this Court construes as an objection to the Recommendation of the Magistrate Judge is OVERRULED;

2. The Recommendation of the Magistrate Judge (Doc. #27) entered on February 29, 2008 is ADOPTED;

3. The Defendant's[sic] Motion to Dismiss, or in the Alternative, Motion for Summary Judgment (Doc. # 16) and Defendant's[sic] Amended Motion to Dismiss, or in the Alternative, Motion for Summary Judgment (Doc. # 22) are GRANTED.

DONE this 26th day of March, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE